PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

**FILED**

Jun 16, 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

# SEALED

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>MARGARITA AISPURO-CAMACHO,<br><br>               Defendant. | CASE NO.  1:22-cr-00170-JLT-SKO<br><br>MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

        The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on June 16, 2022, charging the above defendant with violation of 21 U.S.C. § 841(a)(1) – Distribution of Morphine; 21 U.S.C. § 853(a) – Criminal Forfeiture, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail,

/ / /

/ / /

/ / /

/ / /

1  that no person shall disclose the finding of the Indictment or any warrant issued pursuant

2  thereto, except when necessary for the issuance and execution of the warrant.

3

4  DATED: June 16, 2022                    Respectfully submitted,

5

6                                          PHILLIP A. TALBERT
                                           United States Attorney

7

8                          By      /s/ Joseph D. Barton
                                   JOSEPH D. BARTON

9                                  Assistant U.S. Attorney

10

11       IT IS SO ORDERED.

12  Dated:  June 16, 2022

13                                  ERICA P. GROSJEAN
                                    U.S. Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28