PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>MARGARITA AISPURO-CAMACHO,<br><br>　　　　　　　Defendant. | CASE NO. 1:22-CR-00170-JLT-SKO<br><br>MOTION AND ORDER TO UNSEAL CASE |

　　　The government moves the Court to unseal the Indictment and all other filings in this case. On June 29, 2022, Ms. Aispuro-Camacho was arrested by authorities and she will make her initial appearance as soon as possible. Therefore, the case should be unsealed to advise Ms. Aispuro-Camacho of the charges against her.

Dated:  June 29, 2022
　　　　　　　　　　　　　　　　　　　　　Very truly yours,
　　　　　　　　　　　　　　　　　　　　　 PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　 United States Attorney


　　　　　　　　　　　　　　　　　　　　 */s/ Joseph Barton*
　　　　　　　　　　　　　　　　　　　　　 JOSEPH BARTON
　　　　　　　　　　　　　　　　　　　　　 Assistant United States Attorney

1

1  PHILLIP A. TALBERT
   United States Attorney
2  JOSEPH D. BARTON
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   CASE NO. 1:22-CR-00170-JLT-SKO
                                    )
12                      Plaintiff   )   **UNSEALING ORDER**
                                    )
13        v.                        )
                                    )
14 MARGARITA AISPURO-CAMACHO,       )
                                    )
15                      Defendant.  )
                                    )
16

17     Good cause appearing due to the defendant's pending initial appearance in this case, it is ordered

18 that the Indictment and other court filings in the case be UNSEALED.

19     IT IS SO ORDERED

20

21 DATED: 6/29/2022

22                                       _Sheila K. Oberto_
                                         HON. SHEILA K. OBERTO
23                                       UNITED STATES MAGISTRATE JUDGE