

## United States District Court
## Eastern District of California

| United States of America | Case Number: | 1:22-CR-00170-JLT-SKO-1 |

**Plaintiff(s)**

V.

| Margarita Aispuro-Camacho |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

**Defendant(s)**

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, __Murdoch Walker, II__ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

__Margarita Aispuro-Camacho__

On __11/4/2020__ (date), I was admitted to practice and presently in good standing in the __District of Colorado__ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [X] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: __August 30, 2022__     Signature of Applicant: /s/ _____

U.S. District Court – Pro Hac Vice Application     Page 1
Revised July 6, 2021

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Murdoch Walker, II |
| Law Firm Name: | Lowther \| Walker LLC |
| Address: | 101 Marietta St. NW |
| | Suite 3325 |
| City: | Atlanta    State: GA    Zip: 30303 |
| Phone Number w/Area Code: | (404) 496-4052 |
| City and State of Residence: | Atlanta, Georgia |
| Primary E-mail Address: | mwalker@lowtherwalker.com |
| Secondary E-mail Address: | cmecf@lowtherwalker.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Sami Azhari |
| Law Firm Name: | Azhari LLC |
| Address: | 30 N. LaSalle Street |
| | Suite 2140 |
| City: | Chicago    State: Illinois    Zip: 60602 |
| Phone Number w/Area Code: | (312) 626-2871    Bar # |

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 9/1/2022

*Sheila K. Oberto*
JUDGE, U.S. DISTRICT COURT