PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:22-CR-00170-JLT-SKO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | |
| MARGARITA AISPURO-CAMACHO, | DATE:    October 5, 2022 |
| Defendant. | TIME:    1:00 p.m. |
| | JUDGE:   Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties through their respective

counsel that the Status Conference scheduled for October 5, 2022, may be continued until

November 16, 2022, at 1:00 p.m., before the Honorable Sheila K. Oberto.  The government has

produced discovery to defense counsel.  Defense counsel has further investigation to perform in

this case and is in plea negotiations with the government.  The parties agree that time under the

Speedy Trial Act shall be excluded through November 16, 2022, in the interests of justice,

including but not limited to, the need for effective defense preparation and defense investigation

pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///

///

The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.

Dated:  September 27, 2022

_/s/ Murdoch Walker_
MURDOCH WALKER II
Counsel for Margarita Aispuro-Camacho

Dated:  September 27, 2022

_/s/ Joseph Barton_
JOSEPH BARTON
Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:22-CR-00170-JLT-SKO |
| Plaintiff, | ORDER |
| v. | |
| MARGARITA AISPURO-CAMACHO, | |
| Defendant. | |

## **ORDER**

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for October 5, 2022, is continued until November 16, 2022, at 1:00 p.m., before the Honorable Sheila K. Oberto.  The period through November 16, 2022, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

DATED: 9/28/2022

_Sheila K. Oberto_
HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE