PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARGARITA AISPURO-CAMACHO, <br><br> Defendant. | Case No. 1:22-cr-00170-JLT-SKO <br><br> STIPULATION TO SET CHANGE OF PLEA AND VACATE STATUS CONFERENCE; ORDER <br><br> DATE: November 16, 2022 <br> TIME: 1:00 p.m. <br> JUDGE: Hon. Sheila K. Oberto |

    The Parties have reached a Plea Agreement to resolve this case. Accordingly, IT IS HEREBY STIPULATED between the parties that the case can be set for a Change of Plea hearing before the Honorable Jennifer L. Thurston on February 17, 2022, at 9:00 a.m. The Parties have confirmed this date with the Court. The Status Conference that is scheduled for November 16, 2022, can be vacated.

    Time under the Speedy Trial Act has already been excluded through November 16, 2022. Ms. Aispuro-Camacho is requesting more time to meet with her defense counsel. Therefore, the Parties agree that time under the Speedy Trial Act shall be excluded for the additional period of

November 16, 2022, through February 17, 2022, in the interests of justice, including but not limited to, the need for defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

Dated:  November 7, 2022

/s/ Murdoch Walker
MURDOCH WALKER
Counsel for Margarita Aispuro-Camacho

Dated:  November 7, 2022

/s/ Joseph Barton
JOSEPH BARTON
Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARGARITA AISPURO-CAMACHO, <br><br> Defendant. | Case No. 1:22-cr-00170-JLT-SKO <br><br> STIPULATION TO SET CHANGE OF PLEA AND VACATE STATUS CONFERENCE; ORDER <br><br> DATE:   November 16, 2022 <br> TIME:   1:00 p.m. <br> JUDGE:  Hon. Sheila K. Oberto |

**ORDER**

Upon the Parties' stipulation and for good cause shown, this case is set for a Change of Plea hearing on February 17, 2022, at 9:00 a.m., before the Honorable Jennifer L. Thurston. The Status Conference that is scheduled for November 16, 2022, is vacated. Time under the Speedy Trial Act has already been excluded through November 16, 2022. The additional period through February 17, 2022, is also excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 11/9/2022

_Sheila K. Oberto_
HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE

3