# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARGARITA AISPURO-CAMACHO,<br><br>Defendant. | Case No.  1:22-cr-00170-JLT-SKO-1<br><br>ORDER GRANTING SERGUEL MAWUKO AKITI'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 28) |
|---|---|

The court has read and considered the application of Serguel Mawuko Akiti, attorney for Defendant Margarita Aispuro-Camacho, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District.  (ECF No. 28.)  Having reviewed the application, Serguel Mawuko Akiti's application for admission to practice *pro hac vice* is HEREBY GRANTED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:   **February 21, 2023**

UNITED STATES MAGISTRATE JUDGE

1